UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

AUG X 4 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dallas Buyers Club, LLC

**Plaintiff(s)**

v.

Does 1-49

Case No. 14-4012

J. St. Eve

**Defendant(s)**

## Motion to Quash Subpoena

Now comes Defendant Doe #48 and moves to Quash this subpoena. In support thereof, Doe states:

① Defendant received a subpoena and letter from Comcast dated 7/18/14 asking Comcast to provide a name and address for the IP address.

② The lawsuit states that Defendant downloaded a movie on 2/18/14. Defendant states that the accountholder died in Nov. 2013.

③ Defendant had an open unprotected WI-FI Router. After receiving this notice, the WI-FI Router is now password protected.

④ Defendant's position is that Plaintiff has not established that anyone on this account downloaded the movie.

Wherefore, Defendant Doe #48 respectfully requests that this Court quash this subpoena.

_J. Doe_
J. Doe #48